# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MILLIRON,** | : |
| | : CIVIL ACTION NO. 1:21-CV-663 |
| **Plaintiff,** | : **(JUDGE MARIANI)** |
| | : **(Magistrate Judge Carlson)** |
| v. | : |
| | : |
| **KIKOLO KIJAKAZI, Acting** | : |
| **Commissioner of Social Security,**[1] | : |
| | : |
| **Defendant.** | : |

## ORDER

**AND NOW, THIS 8TH DAY OF MARCH 2022**, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 18) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's appeal of the Acting Commissioner's decision (Doc. 1) is **GRANTED**;

3. The Commissioner of Social Security's decision is **VACATED**;

4. The case is **REMANDED** to the Acting Commissioner for further consideration consistent with Magistrate Judge Carlson's R&R (Doc. 18);

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. She is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "the officer's successor is automatically substituted as a party."); *see also* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

5. The Clerk of Court is directed to **CLOSE THIS CASE**.

	_/s/ Robert D. Mariani_
	Robert D. Mariani
	United States District Judge